# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

**MAGISTRATE JUDGE:** ANDRÉ M. ESPINOSA

**UNITED STATES OF AMERICA**, *Plaintiff*

v.

**DANIEL DADOUN**, *Defendant*

**CASE NO.** 2:23mj8137
**DATE OF PROCEEDINGS:** 11/13/2023
**DATE OF ARREST:** ___

**PROCEEDINGS:** IA

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [x] WAIVER OF HRG: [x] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: PENALTIES PLACED ON RECORD
  BRADY ORDER READ INTO RECORD AND FILED.

- [ ] TEMPORARY COMMITMENT
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A
- [x] BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: ___
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED ___
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT  [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: ___

DATE: ___
DATE: ___
DATE: ___
DATE: ___
DATE: ___

**APPEARANCES:**

AUSA: KATHLEEN ROMANO
DEFT. COUNSEL: PETER KATZ
PROBATION: ___
INTERPRETER ___ Language: ___

TIME COMMENCED: 3:09
TIME TERMINATED: 3:
CD NO: ECR

SPC
SCOTT P. CREEGAN
Scott P. Creegan, Deputy Clerk