UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jessica S. Allen |
| v. | : | Mag. No. 23-8137 |
| DANIEL DADOUN | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Katherine M. Romano, Assistant U.S. Attorney, appearing), and defendant Daniel Dadoun (Zach Intrater, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through March 15, 2024.

2. This Court granted one § 3161(h)(7)(A) continuance previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

- 2 -

      a.    The charges in this case result from a lengthy investigation, and the United States and the defendant seek time to negotiate a protective order and potential production of pre-indictment discovery, which is expected to include voluminous bank records, which defense counsel will require adequate time to review.

      b.    Both the United States and the defendant desire additional time discuss the case and potentially to engage in plea negotiations.

      c.    Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation, and provide the parties time to consider plea negotiations, which could render grand jury proceedings and a trial in this matter unnecessary.

      d.    Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of approximately 60 days from January 12, 2024 through March 15, 2024; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

- 3 -

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

/s/ Jessica S. Allen
HON. JESSICA S. ALLEN
United States Magistrate Judge

Dated: January 12, 2024

Form and entry consented to:

Katherine M. Romano
Katherine M. Romano
Assistant U.S. Attorney

Zach Intrater, Esq.
Counsel for Daniel Dadoun