UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------X
UNITED STATES OF AMERICA,

    -v-                                      **NOTICE OF APPEARANCE**

DANIEL DADOUN                         Magistrate. No. 23-8137 (JSA)

          Defendant.

-------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that ZACH INTRATER, Esq., of Brafman & Associates, P.C., 256 Fifth Avenue, New York, NY 10001, is appearing for the Defendant DANIEL DADOUN, in the above-captioned matter.

 

_____
Zach Intrater, Esq.
Brafman & Associates, P.C.
256 Fifth Avenue, 2nd Floor
New York, NY 10001
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: zintrater@braflaw.com

Dated: February 9, 2024
       New York, NY