# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Hon. Jessica S. Allen, U.S.M.J.** |
| v. | Magistrate. No. 23-8137 (JSA) |
| DANIEL DADOUN | Document Electronically Filed |
| Defendant. | |

### ORDER GRANTING MR. DADOUN EXPANDED LIBRARY PRIVILEGES AT ESSEX COUNTY CORRECTIONAL FACILITY

**THIS MATTER** having been opened to the Court on the application of Defendant Daniel Dadoun, through retained counsel, Zach Intrater, Esq., Brafman & Associates. P.C., for the entry of an Order granting Mr. Dadoun expanded privileges while he remains detained at Essex County Correctional Facility, the Court having considered the submissions and arguments of counsel for defendant, and on the government's consent:

IT IS on this __ day of _____, 2024,

ORDERED that the foregoing motion is hereby GRANTED, that Essex County Correctional Facility ("ECCF") grant Mr. Dadoun the maximum amount of time possible in the prison library per week through the conclusion of trial in this matter.

_____

**Hon. Jessica S. Allen, U.S.M.J.**