# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

*Defendant*

MAGISTRATE JUDGE: _____

CASE NO. _____
DATE OF PROCEEDINGS: _____

DATE OF ARREST: _____

**PROCEEDINGS:** _____

- COMPLAINT
- ADVISED OF RIGHTS and/or VIOLATION(S)
- WAIVER OF COUNSEL
- APPT. OF COUNSEL: _ AFPD ___ CJA ___ WAIVED
- WAIVER OF HRG: _____ PRELIM _____ REMOVAL
- CONSENT TO MAGISTRATE'S JURISDICTION
- PLEA ENTERED: _____ GUILTY _____ NOT GUILTY
- PLEA AGREEMENT
- RULE 11 FORM
- FINANCIAL AFFIDAVIT EXECUTED    FINANCIAL COLLOQUY
- BRADY ORDER_____

- DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- BAIL SET:_____
  - UNSECURED BOND
  - SURETY BOND SECURED BY CASH/PROPERTY
- TRAVEL RESTRICTED_____
- REPORT TO PRETRIAL SERVICES
- DRUG TESTING AND/OR TREATMENT
- MENTAL HEALTH TESTING AND/OR TREATMENT
- SURRENDER AND/OR OBTAIN NO PASSPORT
- SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- PRELIMINARY/REMOVAL HRG.
- DETENTION/BAIL HRG.
- TRIAL: _____ COURT _____ JURY
- SENTENCING
- OTHER:_____

DATE:_____
DATE:_____
DATE:_____
DATE:_____
DATE:_____

**APPEARANCES:**

AUSA:_____

DEFT. COUNSEL:_____

PO/PTS:_____

INTERPRETER_____
Language:_____

TIME COMMENCED:_____
TIME TERMINATED:_____
CD NO:_____

_____
Nitza Creegan
Sr. Courtroom Deputy