AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | Case No. 23mj8137 (JSA) |
| DANIEL DADOUN | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

**Defendant's Agreement**

I, __DANIEL DADOUN__, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    (X) to appear for court proceedings;
    (X) if convicted, to surrender to serve a sentence that the court may impose; or
    (X) to comply with all conditions set forth in the Order Setting Conditions of Release.

## Type of Bond

( ) (1) This is a personal recognizance bond.

( ) (2) This is an unsecured bond of $ _____

(✓) (3) This is a secured bond of $ __10,000,000__, secured by: __properties__
      and co-signed by: __Moti Zibler__

    ( ) (a) $ _____, in cash deposited with the court.

    (✓) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
    *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
    __294 Birmingham Road in Pemberton, NJ 08068__
    __B.6.01/L6.01 at Route 68 in Mansfield, NJ 08022__
    __120 Rymon Road in Washington Twp., NJ 07882__
    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

## Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 9/19/2024

X _____
*Defendant's signature*

_____
*Surety/property owner — printed name*

_____
*Surety/property owner — signature and date*

_____
*Surety/property owner — printed name*

_____
*Surety/property owner — signature and date*

_____
*Surety/property owner — printed name*

_____
*Surety/property owner — signature and date*

CLERK OF COURT

Date: 9/19/2024

/s/ Nitza Creegan
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 9/19/2024

/s/ Michael A. Hammer
*Judge's signature*

# UNITED STATES DISTRICT COURT

For the _____ DISTRICT OF _____ New Jersey _____

UNITED STATES OF AMERICA

V.

**AGREEMENT TO FORFEIT PROPERTY**

_____DANIEL DADOUN_____
(Defendant)

CASE NUMBER: 23mj8137 (JSA)

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

294 Birmingham Road
Pemberton, NJ 08068

and there has been posted with the court the following indicia of my/our ownership of the property:

COPY OF DEED   TO   PTS

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant _____DANIEL DADOUN_____
(Defendant's Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States.  Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property  together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on __9/19/2024__ in __Newark, New Jersey__
                                          (Date)                          (Place)

Defendant  __DANIEL DADOUN__           Address _____
           (Name of Deft.)                      (City & State Only)

Owner(s)/  _____              Address _____
           (Name of owner of property)          (City & State Only)

Obligor(s) _____              Address _____
           (Other Name of Owner)                (City & State Only)

Signed and acknowledged before me on __9/19/2024__
                                              (Date)

MELISSA E. RHOADS, CLERK OF COURT
(Judicial Officer/Clerk)

Approved: __/s/ Michael A. Hammer__     Nitza Creegan
          (Judicial Officer)             Courtroom Deputy Clerk

DNJ-CR-009 (3/2010) Agreement to Forfeit Property

# UNITED STATES DISTRICT COURT

For the _____ DISTRICT OF _____ New Jersey

UNITED STATES OF AMERICA
V.

**AGREEMENT TO FORFEIT PROPERTY**

_____DANIEL DADOUN_____
Defendant

CASE NUMBER: 23mj8137 (JSA)

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:  B.6.01 / L 6.01
Route 68
Mansfield, NJ 08022

and there has been posted with the court the following indicia of my/our ownership of the property:

COPY OF DEED

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant _____DANIEL DADOUN_____
(Defendant's Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States.  Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property  together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on   9/19/2024   in   Newark, New Jersey
                                (Date)                    (Place)

Defendant  /s/ DANIEL DADOUN           Address _____
           (Name of Deft.)                      (City & State Only)

Owner(s)/  _____      Address _____
           (Name of owner of property)          (City & State Only)

Obligor(s) _____      Address _____
           (Other Name of Owner)                (City & State Only)

Signed and acknowledged before me on   9/19/2024
                                        (Date)

                                       MELISSA E. RHOADS, CLERK OF COURT
                                       (Judicial Officer/Clerk)

Approved: /s/ Michael A. Hammer        Nitza Creegan
          (Judicial Officer)           Courtroom Deputy Clerk

DNJ-CR-009 (3/2010) Agreement to Forfeit Property

# UNITED STATES DISTRICT COURT

For the _____ DISTRICT OF _____ New Jersey _____

UNITED STATES OF AMERICA
V.

**AGREEMENT TO FORFEIT PROPERTY**

DANIEL DADOUN
_____
Defendant

CASE NUMBER: 23mj8137 (JSA)

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property: 120 Rymon Road Washington Township, NJ 07882

and there has been posted with the court the following indicia of my/our ownership of the property:

COPY OF DEED

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant _____DANIEL DADOUN_____
(Defendant's Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on ____9/19/2024____ in ____Newark, New Jersey____
(Date) (Place)

Defendant ____DANIEL DADOUN____  Address _____
(Name of Deft.)                            (City & State Only)

Owner(s)/ _____  Address _____
(Name of owner of property)               (City & State Only)

Obligor(s) _____  Address _____
(Other Name of Owner)                     (City & State Only)

Signed and acknowledged before me on ____9/19/2024____
(Date)

MELISSA E. RHOADS, CLERK OF COURT

Approved: /s/ Michael A. Hammer          (Judicial Officer/Clerk)
(Judicial Officer)                        Nitza Creegan
                                          Courtroom Deputy Clerk