# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

DANIEL DADOUN
*Defendant*

MAGISTRATE JUDGE: Michael A. Hammer

CASE NO. 23-8137
DATE OF PROCEEDINGS: 1/23/2025

DATE OF ARREST:

**PROCEEDINGS:** Bail Modification Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED [ ] FINANCIAL COLLOQUY
- [x] In advance of meeting with counsel, defendant shall notify PTS
- [x] Bail Modification Request denied w/o prejudice
- [x] Court will revisit bail modification at the next hearing

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [x] OTHER: Bail Modification Hearing

DATE:
DATE:
DATE:
DATE:
DATE: 3/6 at 3:30

**APPEARANCES:**

AUSA: Katherine Romano

DEFT. COUNSEL: Joseph Atler

PO/PTS: David Hernandez

INTERPRETER
Language:

TIME COMMENCED: 3:58
TIME TERMINATED: 4:23
CD NO: ECR

J. Baker
DEPUTY CLERK