UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. MICHAEL A. HAMMER, U.S.M.J. |
| Plaintiff, | : | |
| | : | CRIMINAL NO. 23-8137 |
| vs. | : | |
| DANIEL DADOUN, | : | |
| Defendant. | : | **CONSENT ORDER FOR** |
| | : | **MODIFICATION OF** |
| | : | **OF RELEASE CONDITIONS** |

**THIS MATTER**, having come before the Court on application of Joseph Alter, Esq., attorney for Defendant, Daniel Dadoun, for a modification of conditions of release to allow Defendant to attend synagogue for Sabbath services, and by consent of the United States of America, Phillip R. Sellinger, United States Attorney (Katherine Romano, Assistant United States Attorney appearing) and David Hernandez, United States Pretrial Services, and for good cause shown,

**IT IS ON THIS** 4th day of March, 2025,

**ORDERED** that:

1. Defendant shall be permitted to attend his local synagogue, located at 511 Avenue R in Brooklyn, New York 11223, for Sabbath services on Friday nights at 6 PM, and shall arrive home at his court-approved residence no later than 9:30 PM.

2. Defendant shall be permitted to attend his local synagogue, located at 511 Avenue R in Brooklyn, New York 11223, for Sabbath services on Saturday

mornings at 9:30AM, and shall arrive home at his court-approved residence no later than 1:30PM.

3. For holidays such as Passover, Rosh Hashanah, and Yom Kippur, Defendant shall communicate with U.S. Pretrial Services as to the length and timing of synagogue services. Defendant shall be permitted to attend holiday services at his local synagogue with advance knowledge, consent, and provided parameters set by Pretrial Services.

4. All remaining release conditions in this matter shall remain in effect.

**SO ORDERED.**

_____
The Honorable Michael A. Hammer, U.S.M.J.