# 209 NYC Dental LLP

209 E 56th Street  
New York, NY 10022  
Phone: 212-355-2290  
Fax: 646-430-8177  

**Date:** 01/19/2025

## Payment Receipt

| | |
|---|---|
| **Patient:** | Daniel Dadoun |
| **Staff:** | Melanie L |
| **Card:** | Visa |
| **Terminal ID:** | XXXXXXXXXXXXXXX |
| **Trans ID:** | 000000019975 |
| **Order ID:** | 38812502231431296581 |
| **Batch ID:** | 000617 |
| **Trans Type:** | Purchase |
| **Date:** | 2025-01-19 13:4117 |
| **Card Number:** | XXXXXXXXXXXX8718 |
| **Entry Legend:** | CHIP READ |
| **Entry Method:** | CONTACTLESS |
| **Approved Code:** | 113338 |
| **AC:** | DD6AC424C68C2605 |
| **ATC:** | 0030 |
| **AID:** | A0000000031010 |
| **TVR:** | 0000000000 |
| **Res CD:** | 00 |
| **TRN REF #:** | 305054704185357 |
| **VAL CODE:** | N87H |
| **Total Amount:** | USD$291.00 |

Approved - Thank You