Weather25.com

°F    °C    Search for a city

# Brooklyn 🇺🇸

Historical Weather - March 21 ⌄

| Overview | 14 Days | April | May | Long range | Tomorrow |

Home › North America › 🇺🇸 United States › New York › Brooklyn › Historical

Previous day                                                                    Next day

## Brooklyn Historical Past Weather March 21

This page shows the past year's weather in Brooklyn on March 21.

It can give you an idea of what the weather in Brooklyn might be like on March 21.

**Location:** Brooklyn

**Change date:** March 21

TEMPERATURE
46° / 33°

PRECIPITATION
0.04 in

WIND
15 Miles

HUMIDITY
60.7 %

## Weather in Brooklyn during the last few years on March 21

Mar 20                                                                          Mar 22

| Year | Temperatures | Rain | Weather | | Wind |
|---|---|---|---|---|---|
| 2025 - March 21 | 51°/33° | 0.24 in | | Partly cloudy | 26 Miles |
| 2024 - March 21 | 41°/32° | 0 in | | Partly cloudy | 22 Miles |